UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanchez,

    Plaintiff,

—v—

Cratejoy, Inc.,

    Defendant.

21-cv-2589 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 19, 2021, Defendant was served. Dkt. No 6. Defendant's response to the Complaint was due May 10, 2021. *Id*. Defendant has not responded. If Plaintiff intends to file a motion for default judgment, Plaintiff shall do so by July 1, 2021. The Initial Pretrial Conference in this matter is adjourned *sine die*.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge