Case 1:21-cv-02589-AJN   Document 10   Filed 07/01/21   Page 1 of 1



Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

July 1, 2021

**VIA ECF**
Hon. Judge Alison J. Nathan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021

Re:   Sanchez v. Cratejoy, Inc.; Case No: 1:21-cv-02589-AJN

To the Honorable Judge Nathan,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's June 3, 2021, Order directing Plaintiff to move for Default Judgment by July 1, 2021.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Cratejoy, Inc., and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting an additional 30 days in which to move for Default Judgment if Defendant fails to appear.

Thank you for the consideration of Plaintiff's request.   *[signature: Alison J. Nathan]*  7/5/2021

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.