```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanchez,

           Plaintiff,

   –v–

Cratejoy, Inc.,

           Defendant.

21-cv-2589 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On July 6, 2021, the Court granted Plaintiff's request for an additional 30 days to move for default judgment. Dkt. No. 10. The deadline was July 31, 2021, and Plaintiff still has not filed. If Plaintiff intends to move for default judgment, he shall do so by August 20, 2021. Failure to abide by the Court's orders may result in dismissal for failure to prosecute.

      SO ORDERED.

Dated: August 6, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge